IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FAMILIAS UNIDAS POR LA EDUCACIÓN,<br>Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | EP-20-CV-170-DB |
| | § | |
| EL PASO INDEPENDENT SCHOOL DISTRICT and ROBERT GESKE, *in his official capacity as President of the Board of Trustees of the El Paso Independent School District*,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On August 17, 2020, Plaintiff Familias Unidas por la Educación and Defendants El Paso Independent School District and Robert Geske, in his official capacity as President of the Board of Trustees of the El Paso Independent School District, filed a "Stipulation of Dismissal as to Robert Geske." The Court now enters this Final Judgment as to Robert Geske, in his official capacity as President of the Board of Trustees of the El Paso Independent School District, in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** as to **DEFENDANT ROBERT GESKE**, in his official capacity as President of the Board of Trustees of the El Paso Independent School District.

**IT IS FINALLY ORDERED** that Defendant Robert Geske's, in his official capacity as President of the Board of Trustees of the El Paso Independent School District, "Rule 12(b)(6) Motion to Dismiss Plaintiff's Claims Against Him for Failure to State a Claim Upon Which Relief Can Be Granted," ECF No. 12, is **MOOT**.

**SIGNED** this **18th** day of **August 2020.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE