UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| FAMILIAS UNIDAS POR LA EDUCACION,<br><br>Plaintiff,<br><br>v.<br><br>EL PASO INDEPENDENT SCHOOL DISTRICT,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§   Cause No. 3:20-cv-00170-DB<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

On this day the Court considered the joint motion to enter judgment of Plaintiff and Defendant announcing that the parties had resolved their disputes involved in this action by agreement that includes the Court's entry of this judgment. The Court finds that the joint motion of the parties should be granted.

IT IS THEREFORE ORDERED that the claims of Plaintiff are dismissed in their entirety with prejudice.

All relief not expressly granted herein is denied. This judgment finally disposes of all parties and all claims.

SIGNED on this __30th__ day of __Nov.__, 2022.

_____
Honorable David Briones
United States District Court Judge

Agreed to and approved by:

*/s/ Peter McGraw*
Peter McGraw,
Attorney for Plaintiff

Shelly W. Rivas,
Attorney for Defendant